**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6989**

_____

ROBERT DALE STRICKLER,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-98-1200-2)

_____

Submitted:  November 7, 2000        Decided:  December 4, 2000

_____

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Robert Dale Strickler, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Dale Strickler appeals the denial of his Fed. R. Civ. P. 60(b) motion, which sought relief from a judgment denying relief on his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) petition. Because Strickler's Rule 60(b) motion was tantamount to a successive § 2254 application, we conclude the district court lacked jurisdiction to consider it absent authorization from this Court. See 28 U.S.C.A. § 2244(b) (West Supp. 2000); United States v. Rich, 141 F.3d 550, 551 (5th Cir. 1998), cert. denied, 526 U.S. 1011 (1999). Accordingly, we deny a certificate of appealability and dismiss Strickler's appeal of the denial of the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED